UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JEWEL UPSHAW, Individually and as the Personal Representative for the Estate of ZENA RAY UPSHAW a/k/a ZENA R. UPSHAW, ZENA UPSHAW and ZENA "ZEKE" UPSHAW, Deceased,<br><br>              Plaintiff,<br><br>v.<br><br>SSJ GROUP, LLC,<br>THE DELTAPLEX ARENA,<br>UNIVERSITY OF MICHIGAN HEALTH SYSTEM, UNIVERSITY OF MICHIGAN BOARD OF REGENTS; LIFE EMS, INC. d/b/a LIFE EMS AMBULANCE; and EDWIN T. KORNOELJE, D.O.,<br><br>              Defendants.<br>_____// | CASE NO. 1:19-cv-00341-PLM-PJG<br><br>Honorable Paul L. Maloney |

**DEFENDANT LIFE EMS, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO APPROVE SETTLEMENT & AMENDED MOTION TO FILE UNDER SEAL EXHIBITS A, B, AND C TO PLAINTIFF'S MOTION FOR LEAVE TO SETTLE WRONGFUL DEATH CLAIM AND DISTRIBUTE PROCEEDS**

NOW COMES Defendant, LIFE EMS, INC. d/b/a LIFE EMS AMBULANCE, by and through its attorneys, BLANCO WILCZYNSKI, PLLC, and in response to Plaintiff's Motion to Approve Settlement and Amended Motion to File Under Seal Exhibits A, B, and C to Plaintiff's Motion for Leave to Settle Wrongful Death Claim and Distribute Proceeds, states that it has reviewed Plaintiff's amended motion and confidential Exhibits A, B, and C, including the bill of costs required by the Court's Order of 8/16/22, along with

Plaintiff's Motion for Leave to Settle Wrongful Death Claim and Distribute Proceeds, and Defendant Life EMS, Inc. has no objections to the relief being sought by Plaintiff therein.

Respectfully submitted,

**BLANCO WILCZYNSKI, P.L.L.C.**

By: */s/ Orlando L. Blanco*
**ORLANDO L. BLANCO [P-34480]**
**DEREK S. WILCZYNSKI [P-57079]**
Attorneys for Defendant Life EMS
2095 East Big Beaver Road, Suite 400
Troy, MI  48083
(248) 519-9000

Dated: October 3, 2022

### CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this matter.

By: */s/ Orlando L. Blanco*
**ORLANDO L. BLANCO [P-34480]**
**DEREK S. WILCZYNSKI [P-57079]**
**BLANCO WILCZYNSKI, P.L.L.C.**
Attorneys for Defendant Life EMS
2095 East Big Beaver Road, Suite 400
Troy, MI  48083
(248) 519-9000

s:\cases - opened\upshaw v life ems\pleadings\motion to approve settlement\100322 def. life ems response to plt's motion to approve settlement.olb.rjm.docx