UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEWEL UPSHAW, individually and as Personal Representative of the Estate of Zena Ray Upshaw, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:19-cv-341 |
| -v- | ) ) | Honorable Paul L. Maloney |
| SSJ GROUP, LLC; *et al.*, | ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

Upon review of the record, all pending claims have been resolved.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    October 20, 2022                                                   /s/  Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge